UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KEVIN D. HAMLET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 2:17-cv-00067-JRS-MJD |
| | ) |
| K. DAVIDSON, et al., | ) |
| | ) |
| Defendants. | ) |

**REPORT AND RECOMMENDATION GRANTING MOTION TO ENFORCE SETTLEMENT AND RECOMMENDING DISMISSAL**

This cause is before the Court on the Defendants' Motion to Enforce Oral Settlement Agreement and for Attorney Fees and Costs [Dkt. 154]. The Court conducted a hearing on the motion on July 9, 2019, during which the Plaintiff's concerns regarding the settlement agreement were addressed. At the conclusion of the hearing, an agreement was reached wherein the Defendants withdrew their request for fees and costs and the Plaintiff withdrew his opposition to the motion to enforce. Accordingly, the Defendants' request for fees costs related to the motion to enforce is deemed **WITHDRAWN**. The Magistrate Judge recommends that the motion to enforce be **GRANTED** to the extent that the Court finds that the oral settlement agreement reached by the parties on May 1, 2019, is binding upon the parties and this matter should be dismissed with prejudice in exchange for payment by Defendants to Plaintiff of the sum of Two Thousand Four Hundred Dollars and No Cents ($2,400.00).

The Magistrate Judge therefore **RECOMMENDS** that this case be dismissed with prejudice and that Defendants be ordered to pay Plaintiff the sum of $2,400.00 within fourteen (14) days of the dismissal of the lawsuit.

Date: 15 JUL 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

KEVIN D. HAMLET
892772
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Amanda Elizabeth Fiorini
INDIANA ATTORNEY GENERAL
Amanda.Fiorini@atg.in.gov

Heather M. Shumaker
SCHUCKIT & ASSOCIATES P.C.
hshumaker@schuckitlaw.com

Jordan Michael Stover
INDIANA ATTORNEY GENERAL
jordan.stover@atg.in.gov