UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KEVIN D. HAMLET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00067-JRS-MJD |
| | ) | |
| K. DAVIDSON, | ) | |
| M. EASTON, | ) | |
| JOHN HOSLER, | ) | |
| DREW ADAMS, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Adopting Report and Recommendation and Directing Entry of Final Judgment**

The Magistrate Judge submitted his Report and Recommendation Granting the Motion to Enforce Settlement and Recommending Dismissal. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation, Dkt. [166].

It is now ordered that the Defendants' request for fees and costs related to the motion to enforce, dkt [154] is deemed WITHDRAWN.

The motion to enforce, dkt [154], is GRANTED to the extent that the Court finds that the oral settlement agreement reached by the parties on May 1, 2019, is binding upon the parties.

Defendants are ORDERED to pay Plaintiff the sum of $2,400.00 within fourteen (14) days of the dismissal of the lawsuit.

Plaintiff's motion for recruited counsel to return evidence and file, dkt [167], is **denied.** Recruited Counsel has withdrawn and is no longer receiving notice in this case.

This matter is dismissed with prejudice and final judgment shall now issue.

IT IS SO ORDERED.

Date: 8/6/2019

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

KEVIN D. HAMLET
892772
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Amanda Elizabeth Fiorini
INDIANA ATTORNEY GENERAL
Amanda.Fiorini@atg.in.gov

Jordan Michael Stover
INDIANA ATTORNEY GENERAL
jordan.stover@atg.in.gov